*[Handwritten margin note: Treating this as a request to withdraw the §2255 petition, not adjudication thereon, "Leavy", 7/18/05 renewed, it is granted without prejudice. So Ordered.]*

Robert Jones #14230-014
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

July 8, 2005

Honorable Janet C. Hall
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604
RE: Letter/Motion to Withdraw § 2255
    Case No. 03:00CR263 (JCH)

Honorable Judge Hall:

   Please let this letter serve as a motion to withdraw my motion pursuant to 28 U.S.C. § 2255 which is currently pending in your court.

   On or about May 20, 2004 I filed a petition pursuant to 28 U.S.C. § 2255 in this court. I was unaware, due to my lack of knowledge in procedural law, that I must first complete the process in the United States Court of Appeals For The Second Circuit before I can proceed on collateral attack of my judgment. I was recently informed that the prosecutor's response to this motion at page 3 is legally correct in that I am premature in filing for collateral attack. My current direct appeal is still pending in the Second Circuit and I would like to complete that process and then if necessary file properly in this court.

   I am sending this motion simultaneously with a supplemental brief to the Second Circuit so that this court is aware that my direct review is still pending. This is to avoid any problem of procedural bar in your court from collateral attack.

   Thank you for your kindness and consideration in this matter.


Yours Truly,

Robert Jones #14230-014
*[signature]*

cc: AUSA Spears

*[Stamp: 2005 JUL 21, U.S. DISTRICT COURT]*