CONN/NHCt
00-CR-263
Hall

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# ORDER

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 18th day of July, two thousand and five.

PRESENT:

    Hon. John M. Walker, Jr.,
        Chief Judge,
    Hon. Pierre N. Leval,
    Hon. Robert A. Katzmann,
        Circuit Judges.

------------------------------------------------------X

UNITED STATES OF AMERICA,

                      Appellee,

    v.
                      No. 02-1148(L), 03-1014(CON),
                      03-1408(CON)

KELVIN BURDEN, also known as Waffle, also known as Uncle, also known as Unc, DAVID 4 BURDEN, also known as DMX, also known as X, ANTHONY BURDEN, also known as Mackey, also known as Tony, WILLIE PREZZIE, also known as Prez, also known as Dog, ANTHONY BUCHANAN, also known as Jungle, TERRENCE THOMPSON, also known as Creed, MICHAEL SAWYER, also known as Michael Moss, TERRA NIVENS, also known as Stink, also known as Stinkfinger, FRANK KNIGHT, also known as Ace, also known as Groovy, DWIGHT MASCHECK, also known as Shorty, JERMAINE MARTIN, also known as Psycho, ANDRE MCCLENDON, also known as Popsicle, MICHAEL GLENN, also known as Rockafella, DAVID 17 BURDEN, also known as Quinten, also known as Sid, JOSEPH DANIELS, also known as Digital, LAVON GODFREY, ALVIN WHITE, also known as Uncle Lee, ANDRE DAWSON, also known as Yup Yup, JAHOD NASH, also known as Hottie Jig, JEFFREY FREDERICKS, also known as JL, also known as Dahmer, MARK CALDWELL, also known as Sparks, KEVIN HAMLETTE, also known as Fresh, ERNEST EUGENE WELDON, also known as Gene, also known as Mean Gene, also known as Mean One, THOMAS HOLMAN, also known as Uno, ADAM SANDERS, also known as AD, KENDAL MULLINS, also known as K-Nice, THOMAS FAGAN, JOSEPH DARDEN, JEFFREY LOCKHART, LAMONT BROWN, also known as L,

CERTIFIED: 7-19-05

St. CLAIR BURDEN, also known as Gowser, also known as Boo Boo, also known as GP, CEDRIC BURDEN, also known as Sid, ANTONIO WILLIAMS, also known as LO LO, KEITH LYONS, also known as Papa Large, also known as Pops, BARNEY BURDEN, also known as Buddy, also known as Buddy Rock, also known as Rock, DEMETRIUS STORY, LESLIE WAYNE CARLOS, also known as Cheetah, and TODD SUMMERVILLE,

Defendants,

TERRENCE BOYD, JERMAINE BUCHANAN, also known as Ski, ANGEL CABRERA, also known as Cheeks, ROBERT JONES, also known as Swinger, and PATRICE ST. SURIN, also known as Patrick, also known as Watty Wat,

Defendants-Appellants.

------------------------------------------------------------X

By order entered October 15, 2004, this court granted the motion of Gerald E. Bodell, Appellant Terrence Boyd's counsel, to be relieved as counsel pursuant to Anders v. California, 386 U.S. 738 (1967). This court also granted, by order entered that same day, the government's motion for summary affirmance.

In light of the Supreme Court's decision in United States v. Booker, 125 S. Ct. 738 (2005), and this court's decision in United States v. Crosby, 397 F.3d 103 (2d Cir. 2005), Appellant's right to request that the district court consider whether to resentence him presents a nonfrivolous issue for appeal. We therefore RESCIND this court's earlier order granting attorney Bodell's motion to be relieved as counsel and REINSTATE Bodell as Appellant's counsel.

We further REMAND Appellant Terrence Boyd's case to the district court for additional proceedings in conformity with Crosby. Should Boyd prefer that the district court not consider whether to resentence him pursuant to Crosby, Boyd may so inform the district court. In that event, the district court shall take no further action.

The disposition in the summary-affirmance order previously issued in connection with this appeal is hereby made part of this order and is fully effective, except to the extent that it is inconsistent with the present remand in conformity with Crosby.

Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal, as to which the filing fee will be waived. See Fed. R. App. P. 3, 4(b).

```
 1          A party will not waive or forfeit any appropriate argument
 2     on remand or on any appeal post-remand by not filing a petition
 3     for rehearing of this remand order.
 4
 5          The mandate shall issue forthwith.
 6
 7                                    FOR THE COURT:
 8                                    Roseann B. MacKechnie, Clerk
 9
10                                    By: /s/ Lucille Carr
11                                    Lucille Carr, Deputy Clerk
```