UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT JONES | : | |
|     Petitioner, | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 3-00-cr-263 (JCH) |
| | : | |
| UNITED STATES | : | AUGUST 29, 2007 |
|     Respondents. | : | |

**ORDER TO SHOW CAUSE**

Upon Motion by Robert Jones, the Respondents are hereby ORDERED to Show Cause as to why the relief prayed for in the Motion to Correct Clerical Error pursuant to Federal Rule of Criminal Procedure 36 (Doc. No. 1836), should not be granted. The Respondent shall file its response on or before **SEPTEMBER 28, 2007**.

It is further ORDERED that the petitioner shall be permitted to proceed in this action without prepayments of fees and costs or security therefore, in accordance with 28 U.S.C. 1915(a).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 29th day of August, 2007.

                                                  /s/ Janet C. Hall
                                                Janet C. Hall
                                                United States District Judge